JS-6

1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| RICHARD MORRELL, an individual, | Case No. EDCV11-00139 PA (PLAx) |
| Plaintiff, | Assigned for All Purposes To: |
| vs. | Judge: Hon. Percy Anderson |
|  | Courtroom: 15 |
| CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 100, inclusive, | [~~PROPOSED~~] **ORDER FOR DISMISSAL** |
| Defendant. | Action Filed: November 9, 2010 |
|  | Removal Date: January 20, 2011 |

CARLTON DiSANTE &
FREUDENBERGER LLP

443789.1

[Proposed] Order for Dismissal

1  Due to Plaintiff Richard Morrell ("Plaintiff") and Defendant CVS Pharmacy,
2  Inc. ("Defendant"), through their respective counsel of record, resolving the matter
3  between the parties and having stipulated to dismiss the above-captioned action, the
4  Court hereby orders that this matter be dismissed in its entirety with prejudice.  It is
5  further ordered that each party shall bear their own costs and attorneys' fees.

6

7  Dated: __October 20__, 2011

8                                      Hon. Percy Anderson
                                    Judge, United States District Court

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                      [Proposed] Order for Dismissal

443789.1