JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORRELL, an individual,<br><br>    Plaintiff,<br>vs.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. EDCV11-00139 PA (PLAx)<br><br>Assigned for All Purposes To:<br>Judge: Hon. Percy Anderson<br>Courtroom:   15<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL<br><br>Action Filed:   November 9, 2010<br>Removal Date:   January 20, 2011 |

CARLTON DiSANTE &
FREUDENBERGER LLP

443789.1

[Proposed] Order for Dismissal

1  Due to Plaintiff Richard Morrell ("Plaintiff") and Defendant CVS Pharmacy,
2  Inc. ("Defendant"), through their respective counsel of record, resolving the matter
3  between the parties and having stipulated to dismiss the above-captioned action, the
4  Court hereby orders that this matter be dismissed in its entirety with prejudice.  It is
5  further ordered that each party shall bear their own costs and attorneys' fees.

Dated: October 20, 2011

Hon. Percy Anderson
Judge, United States District Court

1

[Proposed] Order for Dismissal

443789.1